Mark S. Scheffer, Esquire
LAW OFFICES OF MARK S. SCHEFFER
Identification Nos. 59271
P.O. Box 111                                    Attorney for Plaintiff
Birchrunville, PA 19421
(610) 915-8351

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BROOKE A. HUFF | : | CIVIL ACTION |
| Plaintiff | : | NO. |
| | : | |
| v. | : | |
| | : | |
| ELWYN, INC. | : | Jury Trial Demanded |

**<u>COMPLAINT</u>**

1.     Plaintiff, Brooke A. Huff, is a citizen of the United States currently residing in the state of Pennsylvania.

2.     Defendant, Elwyn, Inc., was Plaintiff's employer and conducts business in the Commonwealth of Pennsylvania, where Plaintiff worked.

3.     The causes of action set forth in this Complaint arise under the American with Disabilities Act of 1990 ("ADA"), as amended, 42 U.S.C. §12101 *et seq.*, and the Pennsylvania Human Relations Act ("PHRA"), 43 P.S. §951 *et seq*.

4.     The District Court has jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1367.

5.     At all times material hereto, Defendant acted by and through its authorized agents, servants, workmen and/or employees acting in the course and scope of their employment with Defendant and in furtherance of Defendant's business.

6.     Plaintiff, who was hired on May 1, 2023 after working for Defendant as an

independent contractor previously, worked for Defendant as a Corporate Recruiter until her termination on or September 22, 2023.

7. Plaintiff had a disability, a record of a disability, or was perceived to have a disability by Defendant within the meaning of the ADA by virtue of medical conditions which substantially interfered with her major life activities, including her ability to work.

8. On or about September 15, 2023 Plaintiff informed her supervisor, Jenniefer Sanchez, that she was having severe headache symptoms and that she was scheduled for an MRI on September 16, 2021.

9. On September 18, 2023, Plaintiff informed Ms. Sanchez that she had to schedule an emergency appointment for the next day with her physician to discuss the results of her MRI and course of treatment.

10. On September 20, 2023 Plaintiff informed Ms. Sanchez that she needed surgery and that her recovery time would be about three months.

11. On September 22, 2023, Defendant terminated Plaintiff's employment.

12. In its termination letter forwarded to Plaintiff on September 22 but dated September 18, 2023, Defendant maintained Plaintiff had violated its Policy 104 regarding falsification and intentional misinformation.

13. While the termination letter was dated September 18, 2023, the day Plaintiff had informed Sanchez of her need for an emergency appointment with her doctor after her MRI, Plaintiff had worked for Defendant onsite on September 19, 20 and 21.

14. The claim that Plaintiff had falsified information and engaged in intentional misinformation, which involved claims that Plaintiff did not vet candidates for positions and did not forward information regarding the candidates to the hiring manager while falsely claiming

2

that she had, was a pretext for Defendant's true motivation of firing Plaintiff because of her disability and need for a reasonable accommodation to undergo medical treatment and recover therefrom.

15.     Plaintiff in fact vetted all candidates for said positions, and forwarded information about the candidates to the hiring manager and kept her informed regarding the search for candidates.

16.     On or about October 10, 2023 Plaintiff filed a charge of disability discrimination against Defendant with the United States Equal Employment Opportunity Commission, and said charge was dual-filed with the Pennsylvania Human Relations Commission ("PHRC").

17.     The EEOC issued a dismissal notice and right to sue on  April 6, 2026.

18.     Defendant refused to reasonably accommodate Plaintiff's disability and discriminated against her on account of her disability.

19.     As a direct and proximate result of Defendant's actions as alleged above, Plaintiff has suffered, and continues to suffer,  a loss of earnings, loss of earning capacity, loss of benefits, pain and suffering, upset, emotional anguish, loss of life's pleasures, attorneys' fees and costs.

<u>COUNT I – ADA</u>

20.     Plaintiff incorporates herein by reference paragraphs 1 through 19 above as if set forth herein in their entirety.

21.     Defendant, by the above discriminatory and wrongful acts, has violated the ADA.

22.     As a direct and proximate result of Defendant's violation of the ADA, Plaintiff has suffered the injuries and losses set forth above.

<u>COUNT II-PHRA</u>

23.     Plaintiff incorporates herein by reference Paragraphs 1 through 19 above as if set

forth herein in their entirety.

24.     Defendant, by the above discriminatory and wrongful acts, has violated the PHRA.

25.     As a direct and proximate result of Defendant's violation of the PHRA, Plaintiff has sustained the losses set forth above.

RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant:

(a)     Declaring Defendant's actions to be in violation of the ADA and/or PHRA;

(b)     Awarding Plaintiff reinstatement or an appropriate position with Defendant;

(c)     Awarding compensatory damages to Plaintiff to make Plaintiff whole for all lost earnings, past and future, which Plaintiff has suffered as a result of Defendant's improper and discriminatory treatment, including, but not limited to, past and future wages, lost earning capacity, pension and other lost benefits;

(d)     Awarding compensatory damages to Plaintiff for emotional upset, mental anguish, humiliation, loss of life's pleasures, and pain and suffering;

(e)     Awarding Plaintiff's costs of this action, together with reasonable attorney's fees;

(f)     Awarding Plaintiff punitive damages and such other damages as are appropriate under the ADA and the PHRA; and,

(g)     Granting such other and further relief as the court deems appropriate.

Respectfully submitted,


/s/ Mark S. Scheffer
Mark S. Scheffer, Esquire

4

LAW OFFICES OF MARK S. SCHEFFER
P.O. Box 111
Birchrunville, PA 19421
(610) 915-8351

Attorney for Plaintiff